IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                                                              PLAINTIFF

v.                                           Case No. 6:23-cr-60019

JOHN PHILLIP BEALL, JR.                                                                              DEFENDANT

## **ORDER**

Before the Court is Defendant John Phillip Beall, Jr.'s Motion for Early Termination of Supervised Release.  ECF No. 2.

On October 1, 2009, Defendant was sentenced in the Eastern District of Arkansas to one-hundred-eighty (180) months imprisonment and five (5) years of supervised release for the offenses of Aiding and Abetting the Possession with Intent to Distribute More than 500 Grams of Methamphetamine in violation of 21 U.S.C. §§ 841 and (b)(1)(A) and 18 U.S.C. § 2 and Aiding and Abetting the Possession of a Firearm in Furtherance of a Drug-Trafficking Crime in violation of 18 U.S.C. §§ 924(c)(1)(A)(1) and (2).  Defendant began his term of supervised release on January 3, 2021.  Defendant's supervised release was subsequently transferred to this Court on June 22, 2023.

In the instant motion, Defendant seeks to have the Court end his current term of supervised release.  Defendant cites his total adherence to the terms of his release.  Defendant has served approximately thirty-nine (39) months of his supervised release term of sixty (60) months.

The United States Probation Office ("USPO") provided the Court with its assessment of Defendant's request.  The USPO notes that Defendant has maintained total compliance with the conditions of supervised release and re-established relationships with his family and girlfriend.

The USPO concludes that Defendant meets the statutory requirements for release and does not oppose early termination of Defendant's supervised release. The government has not responded in opposition to Defendant's request for release from supervision.

A district court may terminate supervised release "if it is satisfied that such action is warranted by conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). In making its determination, the Court must consider factors set forth under 18 U.S.C. § 3553(a), to the extent they are applicable. *See id*. Section 3553(a) factors include, among others, the nature and circumstances of the offense, the history and characteristics of the defendant, the need to protect the public from further crimes of a defendant, and the need to provide the defendant with correctional treatment in the most efficient manner.

After consideration of the above-referenced factors, the Court finds that the instant motion (ECF No. 2) should be and hereby is **GRANTED** based upon Defendant's good conduct, adherence to the terms of his supervised release, and the interests of justice. Defendant John Phillip Beall, Jr.'s term of supervised release is hereby **terminated**.

**IT IS SO ORDERED**, this 9th day of April, 2024.

/s/ Susan O. Hickey  
Susan O. Hickey  
Chief United States District Judge